UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | NOTICE OF MOTION |
| Plaintiff, | |
| - against - | ECF Case |
| STEPHEN E. BUYER, | No. 22 Civ. 6279 (LJL) |
| Defendant, | |
| JONI L. BUYER, | |
| Relief Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the indictment in criminal case *United States v. Stephen Buyer*, 22 Cr. 397 (RMB); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court under Rule 24 of the Federal Rules of Civil Procedure, for an order authorizing intervention by the United States and staying civil proceedings until the conclusion of the parallel criminal case, *United States v. Stephen Buyer*, 22 Cr. 397 (RMB), and for such other

1

relief as the Court deems just and proper.

Dated: New York, New York
September 23, 2022

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

By: _____
       Jordan L. Estes
       Kiersten A. Fletcher
       Elizabeth Hanft
       Assistant United States Attorneys
       One Saint Andrew's Plaza
       New York, New York 10007
       Telephone: (212) 637-2334