```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
SECURITIES AND EXCHANGE COMMISSION,                                  :
                                                                     :
                            Plaintiff,                               :
                                                                     :     22-cv-6279 (LJL)
        -v-                                                          :
                                                                     :          ORDER
STEPHEN E. BUYER,                                                    :
                                                                     :
                            Defendant,                               :
                                                                     :
and                                                                  :
                                                                     :
JONI L. BUYER,                                                       :
                                                                     :
                            Relief Defendant.                        :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2022

LEWIS J. LIMAN, United States District Judge:

The SEC's motion to intervene and for a stay of this action pending the completion of parallel criminal proceedings against the same defendant in 22 Cr. 397 is granted.  The SEC is permitted leave to intervene for the limited purpose of obtaining the stay.  The Court having been informed that defendants do not oppose the stay and that the SEC takes no position, this action is stayed until the earlier of the completion of the criminal proceedings against defendant Buyer in 22 Cr. 397 or this Court, on motion, orders the stay to be lifted.  All scheduled deadlines and conferences are adjourned.  The United States Attorney's Office is ordered to inform the Court of the status of 22 Cr. 397 within the earlier of (i) seven days after the completion of criminal proceedings against defendant Buyer or (ii) six months from the date of this Order and every six months thereafter.

SO ORDERED.

Dated: September 27, 2022
       New York, New York                      _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge