UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>STEPHEN E. BUYER,<br><br>                    Defendant,<br><br>and<br><br>JONI L. BUYER,<br><br>                    Relief Defendant. | 22 Civ. 6279 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

By Order dated September 27, 2022, this case was "stayed until the earlier of the completion of the criminal proceedings against defendant Buyer in 22 Cr. 397 or this Court, on motion, orders the stay to be lifted." ECF No. 21.[1]  In addition, the Court directed the United States Attorney's Office (the "USAO") "to inform the Court of the status of 22 Cr. 397 within the earlier of (i) seven days after the completion of criminal proceedings against defendant Buyer or (ii) six months from the date of [the September 27, 2022] Order and every six months thereafter." *Id.*  To date, no status letter has been filed.  By **Monday, July 8, 2024**, the USAO shall file a letter updating the Court on this matter.

SO ORDERED.

Dated: July 1, 2024
         New York, New York

*Jennifer H. Rearden*<br>
JENNIFER H. REARDEN<br>
United States District Judge

---

[1] The Order was issued by the Honorable Lewis J. Liman, who was previously assigned to this case.