UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISION,<br><br>                              Plaintiff,<br><br>          -v.-<br><br>STEPHEN BUYER,<br><br>                              Defendant<br><br>and<br><br>JONI L. BUYER,<br><br>                              Relief Defendant. | 22 Civ. 6279 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

By Order dated September 27, 2022, this case was "stayed until the earlier of the completion of the criminal proceedings against defendant Buyer in 22 Cr. 397 or this Court, on motion, orders the stay to be lifted." ECF No. 21.[1] On July 16, 2024, the Court directed the Government to "update the Court on the status of the pending appeal in 22 Cr. 397 within the earlier of (i) 15 days of any decision by the Court of Appeals, or (ii) three months of the date of this Order and every three months thereafter." ECF No. 30. No status letter has been filed. *See also* ECF No. 28. By **January 31, 2025**, the USAO shall file a letter updating the Court on this matter.

      SO ORDERED.

Dated: January 23, 2025
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge

---

[1] That Order was issued by the Honorable Lewis J. Liman, to whom this case was previously assigned.