

March 6, 2025

**Orrick, Herrington & Sutcliffe LLP**
2100 Pennsylvania Avenue NW
Washington, D.C. 20037

VIA ECF

+1 202-339-8400

**orrick.com**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

**Christopher F. Regan**
Partner
E cregan @orrick.com
D + 202-349-7970

Re:   SEC v. Buyer, 1:22-cv-06279-JHR

Dear Judge Rearden:

    I write to respectfully request that the Court consider my March 15, 2023 Motion to Withdraw as counsel to Defendant Stephen E. Buyer and Relief Defendant Joni L. Buyer ("Defendants") (ECF No. 25). As stated in the Motion, I was retained in this matter solely to seek a stay of this civil case pending the criminal litigation, which was granted on September 27, 2022. I also wish to inform the Court that I am currently on medical leave.

    Defendants thank the Court for its attention to this matter.

Sincerely,

/s/ *Christopher F. Regan*

Christopher F. Regan

Copy by ECF to:
All Counsel of Record