UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISION,<br><br>                              Plaintiff,<br><br>          -v.-<br><br>STEPHEN BUYER,<br><br>                              Defendant,<br><br>and<br><br>JONI L. BUYER,<br><br>                              Relief Defendant. | 22 Civ. 6279 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On March 21, 2025, the Government notified the Court that the U.S. Court of Appeals for the Second Circuit had affirmed Stephen Buyer's conviction, noting that "the procedural circumstances that initially favored a stay" therefore had "abated." ECF No. 42. On March 25, 2025, the Court ordered Defendant Stephen Buyer to respond to the Government's letter by April 8, 2025. ECF No. 43. No response has been filed. Accordingly, and for the reasons stated in the Government's letter dated March 21, 2025, the stay of this case is hereby lifted. By **May 27, 2025**, the parties are directed to submit a joint letter updating the Court on the status of the matter.

Separately, on March 10, 2025, the Court ordered Defendant Stephen Buyer and Relief Defendant Joni Buyer to file a letter, by May 6, 2025, informing the Court whether they had retained counsel or wished to proceed without counsel—that is, *pro se*. ECF No. 41. Defendant and Relief Defendant made no such filing, and no new counsel has appeared. Thus, they are now

deemed to be proceeding *pro se*. Defendant and Relief Defendant are reminded that they may still secure counsel at any point in the future, should they choose to do so.

Given that Defendant and Relief Defendant are now proceeding *pro se*, they are encouraged to submit all filings as an attachment in PDF format to Pro_Se_Filing@nysd.uscourts.gov, per the instructions contained in Appendix C of the Court's ECF Rules & Instructions, available at: https://www.nysd.uscourts.gov/electronic-case-filing. *Pro se* parties who are unable to use email may submit documents by regular mail to the Daniel Patrick Moynihan Courthouse, Pro Se Intake Unit, 500 Pearl St., Room 205, New York, NY 10007, or in person at the drop box located at the U.S. Courthouse at 500 Pearl Street. In either case, there may be delays before such filings are received and/or docketed.

The *pro se* parties are also encouraged to consent to receive electronic service through the ECF System. To do so, they should review the instructions available at https://www.nysd.uscourts.gov/sites/ default/files/2021-03/Consent_Pro-Se_Eservice-Instructions.pdf, and then submit a Consent to Electronic Service (available at https://www.nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf).

The Clerk of the Court is directed to mail a copy of this Order to Defendant Stephen Buyer and Relief Defendant Joni Buyer.

SO ORDERED.

Dated: May 20, 2025
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge