UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission. )

Plaintiff                               )

                                        )

        vs.                             )

Stephen E. Buyer                        )

and                                     )

Join L. Buyer                           )

To Jennifer H. Reardon, District Judge

22 Civ 6279 (JHR)

mentation GRANTED. Defendant Stephen Buyer claims that, on April 3, 2025, he mailed a submission pursuant to the Court's March 25, 2025 Order, ECF No. 43. The Court did not receive that submission. In view of Defendant's *pro se* status, the Court accepts Defendant's opposition to lifting the stay, which he filed as an attachment to his motion for reconsideration. *See* ECF No. 46-2. Having been informed that Plaintiff Securities and Exchange Commission and Relief Defendant Joni Buyer do not oppose the requested relief, ECF No. 47, the Court hereby stays the case until the earlier of completion of the criminal proceedings against Defendant Buyer in 22 Cr. 397 or until this Court, on motion, orders that the stay be lifted.

The Government is directed to inform the Court of the status of 22 Cr. 397 within the earlier of (i) seven days after the completion of all appeals in connection with that matter, or (ii) six months from the date of this Order and every six months thereafter.

The Clerk of Court is directed to terminate ECF No. 46.

SO ORDERED

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.

Dated: May 27, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/27/2025__

## Request for Reconsideration

I filed my appearance Pro Se and opposed the lifting of the Stay by the SEC and it was mailed to you and the government on April 3, 2025. I have attached my Notice and Response along with my receipt and tracking number to the government and you. The Court asked that I file a Response by April 8, 2025 and I complied. The USPS tracking number shows it was received by your mail room at 11:17am on April 8, 2025. It is not accurate for the Court to state "No response was filed." And as such, you summarily lifted the Stay. See attachment Exhibits.

My Petition for Rehearing and Rehearing En Banc was filed on May 5th, 2025. See attachment Exhibit. I again requested for you to reconsider you decision and continue the Stay and I asked for the Court to protect my appellate rights. The SEC sure does not care. The SEC received a copy of my filing and did not notice the Court of its in accurate ruling but was quick to send me a letter to file a joint letter with the Court. It is also inaccurate for the Court to state that "Defendant made no such filing" because I did inform the Court of my intent to represent myself. See attachment Exhibits.

I request the Stay of this proceeding until I have exhausted my appellate rights.

Stephen E. Buyer, Defendant