The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
Daniel Patrick Moynihan, U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

June 17, 2025

Re:  *SEC v. Buyer, et al.*, 1:22-cv-06279-JHR

Dear Judge Rearden:

    I respectfully submit this letter as an "Up-date" regarding the status of this matter in accordance with the Court's Order re-issuing a Stay of this proceeding until I have exhausted my appellate rights.

In United States v. Stephen Buyer, 22 CR. 397 (RMB), the United States Court of Appeals for the Second Circuit denied my request to have my appeal heard En Blanc on June 11, 2025.

Justice will come from either President Trump through the Pardon application process or through the US Supreme Court's review. The Pardon application is pending. Therefore, in response to the 2nd Circuit Court of Appeals decision, I intend to file a Cert petition to the US Supreme Court. The deadline for a Supreme Court cert. petition is 90 days after the 2nd Circuit Court's denial of my Petition for Rehearing En Blanc which was June 11, 2025. That would make the cert. petition due September 9, 2025. The 90-day time-period may be extended up to 60 additional days if the Circuit Justice (Sotomayor) grants a timely application for extension of time.

I will be filing an appeal to the US Supreme Court and move for an extension of time to file. I request you keep this matter stayed. I pledge to keep the Court informed.

In keeping with good faith and the spirit of your stay of this civil action, I offer this update.

Respectfully submitted,

Stephen E. Buyer
Defendant

Cc: Derek S. Bentsen
    bentsend@sec.gov