UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

July 2, 2026

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED (p. 2)**

**Re: *SEC v. Stephen Buyer*, No. 22 Civ. 6279 (JHR)**

Dear Judge Rearden:

In accordance with the Court's order of June 12, 2026 (Dkt. No. 52), Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this letter. After the Government's letter informing the Court that United States Supreme Court had denied Stephen Buyer's petition for a writ of certiorari, Mr. Buyer received a Presidential Pardon.

The SEC is considering how to proceed in this matter in light of Mr. Buyer's pardon. The SEC respectfully requests that the Court keep the stay in place pending a decision by the Commission. Counsel has conferred with Stephen Buyer and counsel for Joni Buyer, and both concur with the SEC's request.

Counsel will promptly inform the parties and the Court once a decision has been made. In any event, the Commission will update the Court no later than August 31, 2026.

If the Court decides to lift the stay prior to the Commission making a determination about how to proceed in light of Mr. Buyer's pardon, the SEC believes the parties should meet and confer and propose a date for which answers or responsive motions would be due.

Mr. Buyer has provided the undersigned with his address:

Stephen E. Buyer
7630 E Camp Tippe Ct
Monticello, IN 47960

Joni Buyer is represented by counsel:

Jonathan Bont
FBT Gibbons
111 Monument Circle
Suite 4500
Indianapolis, IN 46204

The undersigned thanks the Court for its attention to this matter and is happy to answer and address any questions it may have.

Sincerely,

/s Derek Bentsen
Derek S. Bentsen
bentsend@sec.gov
202-551-6426

Application GRANTED. This case shall remain stayed pending a decision by Plaintiff on how to proceed in light of Defendant Stephen E. Buyer's pardon. Plaintiff shall inform the Court once a decision has been made, and in any event shall update the Court no later than **August 31, 2026**. Counsel for Relief Defendant Joni L. Buyer shall enter an appearance forthwith. *See* Indiv. R. 1.A.

The Clerk of Court is directed to modify the docket to reflect that Defendant Stephen E. Buyer is proceeding *pro se* with the following address:

7630 E Camp Tippe Ct
Monticello, IN 47960

SO ORDERED.
Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated: July 7, 2026